**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ascension HERNANDEZ–PEREZ, aka Jose Asuncion Hernandez, aka Jose Ascencion Hernandez, Defendant–Appellant.**

**No. 08–50321.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 10, 2010.

Filed Aug. 27, 2010.

Robert Andre Rabbani, Michael J. Raphael, Esquire, United States Attorney Of-

fice, Los Angeles, CA, for Plaintiff–Appellee.

Kim Savo, Esquire, Kathryn Ann Young, Office of the Federal Public Defender, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, RAWLINSON, Circuit Judge, and BENNETT, District Judge.*

MEMORANDUM **

Ascension Hernandez–Perez failed to show any prejudice from the district court's failure to comply with Federal Rules of Criminal Procedure Rule 32(i)(1)(A). *See United States v. Davila–Escovedo,* 36 F.3d 840, 844 (9th Cir.1994). Therefore, any error was harmless. *See United States v. Soltero,* 510 F.3d 858, 863 (9th Cir.2007).

The district court's addition of the two § 4A1.1(d) points brought his total criminal history from ten to twelve, but did not change his criminal history category of V, and thus resulted in the same Guidelines sentencing range. *See* U.S.S.G. Ch. 5, Pt. A. Because this was a "fast track" plea agreement, any error was harmless. *See United States v. Cruz–Gramajo,* 570 F.3d 1162, 1166 n. 3 (9th Cir.2009).

**AFFIRMED.**

---

* The Honorable Mark W. Bennett, U.S. District Judge for the Northern District of Iowa, sitting by designation.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.